BARRIE L. BALCH and R. H. CONKLIN, complainant, and OAKLAND LUMBER COMPANY, a corporation, defendant; THE BRISTOL DOOR AND LUMBER COMPANY et al., creditors-appellants,

*v.*

CHARLES F. X. O'BRIEN, receiver; BENJAMIN J. DARLING, counsel for receiver; EDWARD O'BRYNE, special master, respondents.

[Argued October term, 1930. Decided April 24th, 1931.]

*Mr. George D. Hendrickson* and *Mr. Emil Klein,* for the appellants.

*Mr. Benjamin Darling,* for the respondents.

PER CURIAM.

This is an appeal from a decree of the court of chancery confirming the report of one of the special masters of that court approving the final report and account of the receiver of the Oakland Lumber Company, and fixing the allowance of the special master, the receiver and his counsel.

The exceptions to the receiver's report and account are dated subsequent to the decree allowing the account and ordering distribution. This irregularity would be sufficient to preclude our considering the matter.

Our examination, however, of the questions argued leads us to believe that the receiver in a proper and lawful manner conducted the business of the corporation, and that services

for which the allowances were made were rendered, and there is nothing presented to us that leads us to believe that the allowances were excessive. In fact, they seem to have been reasonable.

The decree is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, DEAR, WELLS, JJ. 12.

*For reversal*—None.